IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PAM BELL,<br><br>                      *Plaintiff*,<br>v.<br><br>J. CREW, LLC,<br><br>                      *Defendant*. | Case No. 3:24-cv-71 |

**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 12.1(a), as evidenced by the joint signatures below, the Parties hereby jointly stipulate that the time for Defendant J. Crew, LLC ("J. Crew") to respond to the Complaint shall be extended by 21 days. Accordingly, Defendant shall have until on or before August 6, 2024 to respond to the Complaint.

The Parties so stipulate, on this 16th day of July, 2024:

| | |
|---|---|
| *s/ Rebecca Hutto (with permission)*<br>Rebecca Hutto (TN BPR 39252)<br>Wampler, Carroll, Wilson & Sanderson, PLLC<br>208 Adams Avenue<br>Memphis, TN 38103<br>Tel: (901) 523-1844<br>Fax: (901) 523-1857<br>rebecca@wcwslaw.com<br><br>*Counsel for Plaintiff* | *s/ Michael C. Polovich*<br>Michael C. Polovich (TN BPR 33491)<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110<br>Tel: (617) 341-7700<br>Fax: (617) 341-7701<br>michael.polovich@morganlewis.com<br><br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I, Michael Polovich, hereby certify that on July 16, 2024, the foregoing Joint Stipulation was electronically filed with the Court via the Court's ECF filing system and served on counsel of record via the ECF system.

                                                          *s/ Michael C. Polovich*
                                                          Michael C. Polovich (TN BPR 33491)